*Ryals & Anderson,* contra.

---

6936. WESTER *v.* REDDING.

BROYLES, J. This case is controlled by the decision in *Ford* v. *E. Tris Napier Co.*, ante, 47. *Writ of error dismissed. Hodges, J., absent.*

DECIDED DECEMBER 8, 1916.

Motion to dismiss writ of error; from municipal court of Macon.

*Walter Defore, Charles H. Garrett,* for plaintiff in error.

*Martin & Martin,* contra.